UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW FRANKLIN STEINMETZ,
    Plaintiff,

vs.

CORRECTIONAL OFFICER
HARRISON, et al.,
    Defendants.

Case No. 1:14-cv-829
Black, J.
Litkovitz, M.J.

**ORDER**

    Plaintiff, an inmate at the Southern Ohio Correctional Facility (SOCF) and former inmate at the Warren Correctional Institution (WCI), brings this civil rights action under 42 U.S.C. § 1983. This matter is before the Court on plaintiff's amended complaint against WCI officers Terence Harrison and Troy Ervin, and WCI Dr. Kenneth Washington in their individual capacities. Each of these defendants was previously named as a defendant in plaintiff's original complaint. Plaintiff's amended complaint essentially reiterates his Eighth Amendment claims against defendants Harrison, Ervin, and Washington, and specifies the specific dates on which the incidents giving rise to this lawsuit occurred and clarifies the factual circumstances surrounding one such incident. Having *sua sponte* reviewed the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court determines that plaintiff's amended complaint may proceed.

    **IT IS SO ORDERED.**

Date: 5/5/15

Karen L. Litkovitz
United States Magistrate Judge