UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MATTHEW FRANKLIN STEINMETZ,     Case No. 1:14-cv-829
   Plaintiff,     Black, J.
    Litkovitz, M.J.

vs.

CORRECTIONAL OFFICER     **ORDER**
HARRISON, et al.,
   Defendants.

Plaintiff, an inmate at the Southern Ohio Correctional Facility (SOCF), brings this civil rights action under 42 U.S.C. § 1983. Plaintiff submitted a letter to the Court dated May 6, 2015, alleging he has been placed in the segregation unit at SOCF without his legal materials which he needs to pursue this case. Plaintiff alleges that he has made repeated requests for his legal materials, but to no avail. Plaintiff seeks a Court order requiring that his legal materials be returned to him.

The Court construes plaintiff's filing as a motion to return legal materials to him. The Clerk is **DIRECTED** to file the motion accordingly. Defendants are **DIRECTED** to respond to plaintiff's motion within **fourteen (14) days** of the date of this Order.

   **IT IS SO ORDERED.**

Date: 5/14/15

Karen L. Litkovitz
United States Magistrate Judge